# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRAVEN MANLER,

      Plaintiff,

v.                                                                Case No.: _____

SPROUTS FARMERS MARKET AND
ANDREW LINEHAN,

      Defendants.

_____/

## DEFENDANT ANDREW LINEHAN'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant ANDREW LINEHAN ("Linehan"), by and through his undersigned counsel, hereby gives his notice of removal of the case styled *Braven Manler v. Sprouts Farmers Market and Andrew Linehan,* Case No.: 2020-CA-2509, currently pending in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, (the "State Court Action"), to the United States District Court for the Middle District of Florida, Orlando Division. As grounds, Linehan states as follows:

## COMMENCEMENT OF ACTION IN STATE COURT AND TIMELINESS OF REMOVAL

1.      On or about October 16, 2020, Plaintiff Braven Manler ("Plaintiff") initiated the State Court action by filing a Complaint in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, initiating the State Court Action, which named Linehan as a Defendant.

2.      The Summons and Complaint were served on Linehan on October 26, 2020. A true and legible copy of any and all processes, pleadings, motions, orders, and other papers or exhibits of every kind then on file in the State Court Action obtained by Linehan are attached to

this Notice of Removal as required by 28 U.S.C. §1446(a) and L.R. 4.02. *See* **Exhibit "A"**. No other processes, pleadings, or orders have been served upon Linehan in the State Court Action. A copy of the Notice contemporaneously filed in the Eighteenth Judicial Circuit, in and for Seminole County, Florida, is attached hereto as **Exhibit "B".**

3.      Pursuant to 28 U.S.C. § 1446(b), Linehan has timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiff's Complaint.

4.      Although SFM, LLC (erroneously sued as "Sprouts Farmers Market") (which is also represented in this matter by counsel for Linehan) has not yet been served, it consents to this removal.

## VENUE IS PROPER

5.      Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Orlando Division, is the district and division within which the Circuit Court for the Eighteenth Judicial Circuit in and for Seminole County, Florida, is located.

## GROUNDS FOR REMOVAL – FEDERAL QUESTION

6.      This Court has original jurisdiction over this action based on federal questions pursuant to 28 U.S.C. §1331, and this action is therefore properly removable under 28 U.S.C. 1441(a).

7.      In applying that statutory provision "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams,* 482 U.S. 386 (1987).

2

8.      Plaintiff's Complaint arises out of his alleged denial of access to the Sprouts Farmers Market where Linehan works as a manager.  The Complaint appears to allege two claims for relief under: (1) the Florida Civil Rights Act of 1992; and (2) the Occupational Safety and Health Act of 1970.

9.      Because Plaintiff's Complaint alleges a cause of action under the Occupational Safety and Health Act of 1970 (*see* Complaint), this Court has original federal jurisdiction over Count II of the Complaint under 28 U.S.C. § 1331, and this case is properly removable under 28 U.S.C. § 1441(a).

10.     Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

WHEREFORE, Linehan respectfully requests that *Braven Manler v. Sprouts Farmers Market and Andrew Linehan.*, Case No. 2020-CA-2509, now pending in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, be removed to the United States District Court for the Middle District of Florida, Orlando Division.

DATED:  November 25, 2020.

Respectfully submitted,

*/s/Jennifer Monrose Moore*
Jennifer Monrose Moore
Florida Bar No. 35602
jennifer.moore@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone: 813.289.1247
Facsimile:  813.289.6530

*Attorneys for Defendant Andrew Linehan*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2020, I electronically filed the foregoing via the Court's CM/ECF system and that a true and correct copy of Defendant Andrew Linehan's Notice of Removal was served via Federal Express upon:

Braven Manler, *Pro Se*
117 Windsor Crescent Street
Winter Springs, Florida 32708

/s/Jennifer Monrose Moore
Attorney

44972134.1

4